| | | | | |
|---|---|---|---|---|
| Terrinoni v. WCAB (Wawa) | 1792CD16 | 04/04/2017 | Workers' Compensation Appeal Board A15–0780 | Affirmed |
| Brown v. York County Prison | 590CD16 | 04/05/2017 | York County 2013–SU–3938–49 | Vacated and Remanded |
| Lebotesis v. PBPP | 638CD16 | 04/05/2017 | Board of Probation & Parole 5191–Q | Affirmed |
| Davidson Construction v. WCAB (Butcher) | 1414CD16 | 04/06/2017 | Workers' Compensation Appeal Board A15–1322 | Affirmed |
| Bonney v. UCBR | 1228CD16 | 04/07/2017 | Unemployment Compensation Board of Review B–590508 | Affirmed |
| Cumberland Co. CYS v. Department of Human Svcs. [SEALED] | 1454CD16 | 04/07/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–16–0292 | Affirmed |
| Raub v. UCBR | 1479CD16 | 04/07/2017 | Unemployment Compensation Board of Review B–591306 | Affirmed |
| Williams v. UCBR | 774CD16, 775CD16, 776CD16 | 04/11/2017 | Unemployment Compensation Board of Review B–587890 | Affirmed |
| AZ Learning Daycare v. WCAB (DiGiorgio) | 918CD16 | 04/11/2017 | Workers' Compensation Appeal Board A15–0741 | Affirmed |
| Berg–Moton v. UCBR | 1171CD16 | 04/11/2017 | Unemployment Compensation Board of Review B–589481 | Reversed |
| Jones v. PennDOT | 1361CD16 | 04/11/2017 | Allegheny County SA–16–000382 | Vacated and Remanded |
| Quinones–Perez v. PBPP | 1458CD16 | 04/11/2017 | Board of Probation & Parole Parole No. 387GY | Affirmed |
| Miller v. Pochron | 363CD17 | 04/11/2017 | Lehigh County 2017–C–0786 | Affirmed |
| Greer v. Cmwlth. | 553MD12 | 04/12/2017 | Original Jurisdiction | Vacated |
| Short v. Barkley | 438MD16 | 04/12/2017 | Original Jurisdiction | Objections Sustained |